# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Civil No.: 1:06-CV-01147 ( RMC)

vs

SENATE GLASS & ALUMINUM COMPANY

**SERVICE OF PROCESS ON:** SENATE GLASS & ALUMINUM COMPANY

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

**Date of Service:**   6/27/2006 @ 1:20 PM
**Place of Service:**   604 Salem Rd., Etters, PA 17319
**Documents Served: Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

__ By personally delivering them into the hands of the person being served
__ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
_X By delivering to an officer or person-in-charge or managing agent whose name and title is:
         **Terri Downs - Office Manager**
___Other_____

Description of Person Receiving Documents: Male/Female   Skin Color  Tan
                                            Hair Color Blonde   Age 40's  Hgt n/a   Wgt 170
                                                                 sitting

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Shawn F. Schaffer_ _____   _6/27/06_____
Signature of Server              Date


Shelley R. Goldner, Esq.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106  215-351-0644