**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SENATE GLASS & ALUMINUM COMPANY ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 06-01147 (RMC) |

**REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Senate Glass & Aluminum Company for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0611

Date: October 31, 2006          Attorney for Plaintiff

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660
174652-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 06-01147 (RMC) |
| SENATE GLASS & ALUMINUM COMPANY | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Senate Glass & Aluminum Company ("Company" or "Defendant"), by Shawn F. Schaffer, Special Process Server, who served Terri Downs, Office Manager, at 604 Salem Road, Etters, PA 17319 on June 27, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

174652-1

6. Inasmuch as Defendant is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: October 31, 2006

174652-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SENATE GLASS & ALUMINUM COMPANY ) <br> ) <br> Defendant. ) | | CIVIL ACTION NO. <br> 06-01147 (RMC) |

## DECLARATION OF NON-MILITARY SERVICE

I, KENT G. CPREK, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Senate Glass & Aluminum Company, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: October 31, 2006

174652-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Senate Glass & Aluminum Company
> 604 Salem Rd.
> Etters, PA 17319

s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: October 31, 2006

174652-1