IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-01147 (RMC) |
| v. | ) ) | |
| SENATE GLASS & ALUMINUM COMPANY | ) ) ) | |
| Defendant. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – November 2006**

Jerome A. Flanagan, Esquire            JAF

| Date | Attorney | Task | Time |
|---|---|---|---|
| 11/1/06 | JAF | Review of Documents<br>Review correspondence from client, P. Gilbert<br>Review correspondence from client, T.Montemore | 0.7 |
| 11/2/06 | JAF | Calculate Attorneys' Fees and Costs<br>Preparation of Motion for Judgment by Default Pursuant to FRCP 55(b)(2)<br>Preparation of Supporting Affidavits<br>Preparation of Exhibits | 4.4 |
| 11/3/06 | JAF | Review and Revision of Motion for Judgment by Default<br>Final Review of all Documents Prior to Filing Motion For Judgment by Default | 2.6 |

Total:   7.7

**November 2006 Summary**

JAF   7.7 Hrs x $200.00   =   $1,540.00

Attorneys' Fees from 10/06   =   $2,014.00
Costs                         =   $591.71

**Grand Total:**   $4,145.71

174809_1.DOC



**Jennings Sigmond, P.C.**
**Time And Expense Details**

Report ID: OT2025 - 8186                                                                                   Printed By  MHT
Thursday, November 02, 2006                                                                                 Page        1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28005 | Senate Glass & Aluminum Co. | Sigmond, Richard B. |

Beginning To End

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/31/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Documents<br>Phone Conference with T. Montemore |
| 10/31/2006 | JAF | 2.80 | 2.80 | 200.00 | $560.00 | | | Review of Documents<br>Check Docket<br>Letter to P. Gilbert<br>Preparation of Request to Enter Default |

**Unbilled Time**
| Totals | 3.00 | 3.00 | | $600.00 |
|---|---|---|---|---|

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5/5/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case<br>Review of Documents<br>Memo to File |
| 5/9/2006 | SRG | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Memo<br>Review of File |
| 6/14/2006 | SRG | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of File<br>Review of Documents<br>Dun and Bradstreet Search<br>Review of Dun and Bradstreet Report |
| 6/16/2006 | SRG | 1.60 | 1.60 | 200.00 | $320.00 | | | Phone Call to T. Montemore<br>Phone Conference with T. Montemore<br>Preparation of Complaint<br>Review of Correspondence from P. Gilbert<br>Review and Revision of Complaint |
| 6/19/2006 | SRG | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Civil Cover Sheet<br>Letter to Court<br>Preparation of Complaint for Filing |
| 6/20/2006 | SRG | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with Court- Mrs. Higgins Regarding Filing Fee<br>Letter to Court Regarding Same |
| 6/21/2006 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Letter to T. Montemore and P. Gilbert |
| 6/26/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Letter Regarding Service of Complaint |
| 6/27/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Complaint and Summons |
| 6/29/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Affidavit of Service<br>Prepare for Filing with court<br>Calendar Deadlines |
| 7/12/2006 | SRG | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of File<br>Memo to Client regarding Status of Litigation |
| 8/10/2006 | JAF | 1.60 | 1.60 | 200.00 | $320.00 | | | Review of Documents (case transferred from S. Goldner) |

Report ID: OT2025 - 8186  
Thursday, November 02, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  MHT  
Page  2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/11/2006 | JAF | 0.20 | 0.20 | 200.00 | $40.00 | | | Letter to Client requesting audit report and updated delinquency data Review of clients' responses |
| 8/16/2006 | JAF | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of correspondence from Peggy regarding reports from corporation received; will send update when she gets audit report Letter to Client regarding update Memo to File |

### Billed Time

| | Totals | 7.20 | 7.20 | | $1,414.00 | | | |
|---|---|---|---|---|---|---|---|---|

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 5/11/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 6/1/2006 | $5.58 | PO | Postage Charges |
| 6/19/2006 | $4.41 | COPY | Photocopies |
| 6/22/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 6/24/2006 | $13.36 | SD | Special Delivery |
| 6/27/2006 | $9.66 | COPY | Photocopies |
| 7/10/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 7/10/2006 | $14.08 | PO | Postage Charges |
| 7/13/2006 | $95.00 | 7100 | Service Fee |
| 7/15/2006 | $13.36 | SD | Special Delivery |
| 7/15/2006 | $13.36 | SD | Special Delivery |
| 7/31/2006 | ($350.00) | 7100 | Filing Fee - Complaint |

### Billed Expenses

| Totals | $591.71 |
|---|---|

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 10.20 | 10.20 | $2,014.00 | $591.71 | $2,605.71 |

*** End Of Report ***