# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )))) | |
| Plaintiff, )) | |
| v. )) | Civil Action No. 06-1147 (RMC) |
| SENATE GLASS & ALUMINUM COMPANY, ))) | |
| Defendant. )) | |

## ORDER TO SHOW CAUSE

Before the Court is Plaintiff's Motion for Entry of Judgment by Default, filed on November 6, 2006 [Dkt. #5]. Plaintiff's Complaint was filed on June 23, 2006. As it appears that Defendant Senate Glass & Aluminum Company has not filed a responsive pleading or motion in the time prescribed by Federal Rule of Civil Procedure 12, it is hereby

**ORDERED** that, no later than **March 14, 2007**, Defendant shall **SHOW CAUSE** why Plaintiff's Motion [Dkt. #5] should not be granted and judgment by default should not be entered against Defendant. Failure to respond to this Order may result in entry of judgment by default against Defendant.

**SO ORDERED**.

Date: February 14, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

Copy to:
Senate Glass & Aluminum Co.
604 Salem Rd.
Etters, PA 17319